Stephanie R. Tatar (237792)
TATAR LAW FIRM, A.P.C.
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@TheTatarLawFirm.com

*Attorney for Plaintiff Patrick Ohern*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PATRICK OHERN** | ) Case No. 3:19-cv-5425 |
| **Plaintiff,** | ) **COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT** |
| v. | ) **DEMAND FOR JURY TRIAL** |
| **INFLECTION RISK SOLUTIONS, LLC** | ) |
| **Defendant.** | ) |

## **PRELIMINARY STATEMENT**

1. This is an action for damages brought by an individual consumer against the Defendant for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 *et seq.*, *as amended*.

## **PARTIES**

2. Plaintiff, Patrick Ohern, is an adult individual who resides in the State of Texas.

3. Defendant Inflection Risk Solutions, LLC (hereafter "Inflection") is a business entity that regularly conducts business in the Northern District of California and has a principal place of business located at 555 Twin Dolphin Drive, Suite 200, Redwood City, CA 94065.

## JURISDICTION AND VENUE

4. Jurisdiction of this Court arises under 15 U.S.C. §1681p and 28 U.S.C. § 1331.

5. Venue lies properly in this district pursuant to 28 U.S.C. § 1391(b).

## STATEMENT OF FACTS

6. Defendant has been reporting derogatory and inaccurate statements and information relating to Plaintiff and Plaintiff's background to third parties (hereafter the "inaccurate information").

7. On or around July 2019, a consumer background report was prepared by Defendant about Plaintiff that included criminal information (hereafter the "criminal record").

8. In fact, the criminal record had been expunged by court order in November 2018.

9. Through November 2018, Defendant has never obtained updated information on the criminal record reflecting that it had, in fact, been expunged (hereafter "the inaccurate information").

10. The inaccurate information negatively reflects upon the Plaintiff, and misidentified Plaintiff as a person who has a criminal record. It appears that Defendant, as a result of its unreasonable procedures, erroneously produced a consumer report that identified Plaintiff as having a criminal record, which had been expunged.

11. Defendant has been reporting the inaccurate information through the issuance of false and inaccurate background information and consumer reports that it has disseminated to various persons and prospective landlords, both known and unknown.

12. Plaintiff has applied for and has been denied housing opportunities, including but not limited to, a housing opportunity with AirBNB around July 2019. Plaintiff has been informed that the basis for these denials was the inaccurate information that appears on Plaintiff's consumer report with Defendant and that the inaccurate information was a substantial factor for those denials.

13. Defendant failed to follow reasonable procedures to assure the maximum possible accuracy of the information it reported about Plaintiff. Had

Defendant followed such procedures it would not have reported a criminal record that was expunged on Plaintiff's consumer report.

14. As a result of Defendant's conduct, Plaintiff has suffered actual damages in the form of lost housing opportunity, harm to reputation, and emotional distress, including anxiety, frustration, humiliation and embarrassment.

15. At all times pertinent hereto, Defendant was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of the Defendant herein.

16. At all times pertinent hereto, the conduct of the Defendant as well as that of its agents, servants and/or employees, was intentional, willful, reckless, negligent, and in grossly negligent disregard for federal and state laws and the rights of the Plaintiff herein.

## **CLAIMS**
## **COUNT I - FCRA**

17. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

18. At all times pertinent hereto, Defendant was a "person" and a "consumer reporting agency" as those terms are defined by 15 U.S.C. §§ 1681a(b) and (f).

19. At all times pertinent hereto, the Plaintiff was a "consumer" as that term is defined by 15 U.S.C. § 1681a(c).

20. At all times pertinent hereto, the above-mentioned background report was a "consumer report" as that term is defined by 15 U.S.C. § 1681a(d).

21. Pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o, Defendant is liable to Plaintiff for willfully and negligently failing to comply with the requirements imposed on a consumer reporting agency pursuant to 15 U.S.C. § 1681e(b).

22. The conduct of Defendant was a direct and proximate cause, as well as a substantial factor, in bringing about the serious injuries, actual damages and harm to the Plaintiff outlined more fully above and, as a result, Defendant is liable to the Plaintiff for the full amount of statutory, actual and punitive damages, along with the attorney's fees and the costs of litigation, as well as such further relief, as may be permitted by law.

## JURY TRIAL DEMAND

23. Plaintiff demands trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks judgment in Plaintiff's favor and damages against Defendant, for the following requested relief:

A. Actual damages;

B. Statutory damages;

C. Punitive damages;

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C. §§ 1681n and 1681o; and

E. Such other and further relief as may be necessary, just and proper.

Respectfully submitted,

By: */s/ Stephanie R. Tatar*
Stephanie R. Tatar
TATAR LAW FIRM, APC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Attorney for Plaintiff

Dated: August 28, 2019